[No. 9487-8-II. Division Two. March 11, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS STEVEN LEE, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 85-1-00398-2, Alan R. Hallowell, J., entered November 21, 1985. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Petrich and Worswick, JJ.

[No. 9237-9-II. Division Two. March 11, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK A. SHOLIN, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 85-1-00021-6, Herbert E. Wieland, J., entered July 19, 1985. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, C.J., and Alexander, J.

[No. 7435-8-III. Division Three. March 12, 1987.]

ACTION FOOTWEAR, INC., *Appellant*, v. PAUL WATERS, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 85-2-00371-8, John A. Schultheis, J., entered October 18, 1985. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Munson, JJ.

[No. 16070-2-I. Division One. March 16, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v. LURINE KAHALOA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 84-1-02738-6, Francis E. Holman, J., entered January 31, 1985. *Reversed* by unpublished opinion per Ringold, A.C.J., concurred in by Williams and Webster, JJ.